Receipt for Payment (09/10)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Receipt # 20-06

RECEIPT FOR PAYMENT

RECEIVED FROM: Michael Gibson Muir

| FUND | DESCRIPTION/REFERENCE | AMOUNT |
|---|---|---|
| 201 | Civil filing fee  20-1280 | 400.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **TOTAL** | 400.00 |

DATE: 7/31/2020

TENDER TYPE:

CASHIER: R. Knox