IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

MICHAEL GIBSON MUIR,  )
  )
  Plaintiff,  )
  )
v.  )  Case No. 1:20-cv-1280
  )
UNITED STATES TRANSPORTATION  )
SECURITY ADMINISTRATION; DAVID P.  )
PEKOSKE, Administrator, United States  )
Transportation Security Administration, in his  )
individual capacity; L3HARRIS  )
TECHNOLOGIES INCORPORATED, a  )
Delaware for-profit corporation,  )
  )
  Defendants.  )

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020, a copy of Complaint and Summons in the above captioned action was mailed by Certified U.S. mail to the following:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington D.C. 20530
Certified Mail No. 7020 0090 0000 7846 2942


Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave., SE
Washington D.C. 20528
Certified Mail No. 7020 0090 0000 7846 2959

1

United States Transportation Security Administration
Chief Counsel TSA-2
601 South 12th St.
Arlington, VA 20598
Certified Mail No. 7020 0090 0000 7846 2928

I hereby certify that on August 7, 2020, a copy of Complaint and Summons in the above captioned action was mailed by Certified U.S. mail to the following:

United States Attorney's Office, Central District of Illinois
Attn: Tami Richmond
318 S. Sixth St.
Springfield, IL 62701
Certified Mail No. 7020 0090 0000 7846 2997

DATED: this 10th day of August, 2020

Respectfully submitted,

_____
MICHAEL GIBSON MUIR

MICHAEL GIBSON MUIR
19 Inglewood Lane
Bloomington, IL 61704
(712) 309-6121