E-FILED
Monday, 17 August, 2020  04:11:46 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 1 7 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MICHAEL GIBSON MUIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 1:20-cv-1280** |
| | ) | |
| UNITED STATES TRANSPORTATION | ) | |
| SECURITY ADMINISTRATION; DAVID P. | ) | **MOTION TO STRIKE** |
| PEKOSKE, Administrator, United States | ) | |
| Transportation Security Administration, in his | ) | |
| individual capacity; L3HARRIS | ) | |
| TECHNOLOGIES INCORPORATED, a | ) | |
| Delaware for-profit corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO STRIKE INSUFFICIENT SERVICE OF PROCESS

Pursuant to FRCP 12(f) of the Federal Rules of Civil Procedure, plaintiff Muir respectfully moves this Court to strike Docket Entry No. 5 (SUMMONS Returned Executed by Michael Gibson Muir. L3Harris Technologies, Inc. served on 8/7/2020, answer due 8/28/2020. (AEM, ilcd) (Entered: 08/10/2020)), as it is irrelevant due to insufficient service of process.

C T Corporation System is the registered agent for:

L3 Technologies, Incorporated
1025 W. NASA Blvd.
Melbourne, FL 32919

C T Corporation System is <u>not</u> the registered agent for:

1

L3Harris Technologies, Incorporated
1025 W. NASA Blvd.
Melbourne, FL 32919


     Therefore, service of process is insufficient and irrelevant and plaintiff Muir respectfully

moves the Court to strike entry No. 5 from the Docket.

DATED: this 17th day of August, 2020

                                   Respectfully submitted,



                                MICHAEL GIBSON MUIR



MICHAEL GIBSON MUIR
19 Inglewood Lane
Bloomington, IL 61704
(712) 309-6121

**INVOICE**

All Broward Process Corp
701 N Fig Tree Lane
Plantation, FL 33317
Phone: (954) 214-5194
Fax: (866) 497-3727
EIN: 20-8149913

Invoice #BPC-2020001949
8/7/2020

Michael Muir
Michael Gibson Muir, Pro Se
muirmg@yahoo.com
19 Inglewood Lane
Bloomington, IL 61704

**Case Number:  20-1280**

Plaintiff:
**Michael Gibson Muir**

Defendant:
**United States Transportation Security Administration**

Received: 8/6/2020    Served: 8/7/2020 1:00 pm  CORPORATE - REGISTERED AGENT
To be served on: L3Harris Technologies Incorporated c/o CT Corporation

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| 1200 S Pine Island Road r/a Standard | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $40.00 |
| 8/7/2020    #0118               Pre-Payment | | | 40.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

EIN:  20-8149913
PAYMENT DUE UPON RECEIPT OF THIS INVOICE.  Please enclose a copy of this invoice with your payment.
Include invoice number on check.  Venue and jurisdiction for any and all collection matters is Broward County
Florida.
Holding jobs are held for 30 days for direction.

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c



August 07, 2020


MICHAEL GIBSON MUIR
19 Inglewood Lane,
Bloomington, IL  61704

Re:  MICHAEL GIBSON MUIR, PLTF. vs. UNITED STATES TRANSPORTATION SECURITY
ADMINISTRATION, ET AL., DFTS. // TO: L3HARRIS TECHNOLOGIES INC, ETC.

Case No.  201280

Dear Sir/Madam:

After checking our records and the records of the State of FL, it has been determined that C T Corporation System
is not the registered agent for an entity by the name of L3HARRIS TECHNOLOGIES INC.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 538060765

Sent By Regular Mail

cc: --


**(Returned To)**

MICHAEL GIBSON MUIR
19 Inglewood Lane,
Bloomington, IL  61704