E-FILED
Wednesday, 26 August, 2020  10:49:26 AM
Clerk, U.S. District Court, ILCD

FILED

AUG 2 5 2020

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MICHAEL GIBSON MUIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 1:20-cv-1280** |
| | ) | |
| UNITED STATES TRANSPORTATION | ) | |
| SECURITY ADMINISTRATION; DAVID P. | ) | **REQUEST FOR JUDICIAL** |
| PEKOSKE, Administrator, United States | ) | **NOTICE** |
| Transportation Security Administration, in his | ) | |
| individual capacity; L3HARRIS | ) | |
| TECHNOLOGIES, INCORPORATED, a | ) | |
| Delaware for-profit corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

Pursuant to FRE 201 of the Federal Rules of Evidence, plaintiff Muir requests this Court take judicial notice of the following documents:

1.     Mr. Brett Barber's letter dated May 28, 2020 constituting the United States Transportation Security Administration's final agency action on Claim No. 2019101363533 (Certified Mail No. 7016 1970 0000 5247 7406) based on the August 9, 2018 incident at Phoenix-Mesa Gateway Airport (IWA).

2.     Allegiant Airlines round trip ticket purchase confirmation number 7LNM69 on June 13, 2018 for interstate travel between IWA (August 9, 2018) and PIA (August 12, 2018).

1

3.      Monster Pawn Bill of Sale # 111220 detailing Muir's commercial transaction on August 11, 2018 at Monster Pawn, Normal, 1408 South Main St., Normal, IL 61761.

4.      Maricopa Community Colleges Police Department Incident Report # 1801638 detailing the serious nature of Muir's health problem due to his physical disorder at his right groin.

5.      City of Aurora, Illinois Expenditure Approval List demonstrating L3Harris Technologies, Inc.'s activity in the state of Illinois.

Muir is entitled to have this Court judicially notice these documents as they can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned.

DATED: this 24th day of August, 2020

Respectfully submitted,

MICHAEL GIBSON MUIR

MICHAEL GIBSON MUIR
19 Inglewood Lane
Bloomington, IL 61704
(712) 309-6121

2

**U.S. Department of Homeland Security**

Chief Counsel TSA-2
601 South 12th Street
Arlington VA 20598-6002



**Transportation
Security
Administration**

<u>VIA CERTIFIED MAIL NO. 7016 1970 0000 5247 7406</u>

May 28, 2020

Michael Gibson Muir
3255 South Dorsey Lane
Apartment 1036
Tempe, Arizona 85282-3962

     Re:   **Michael Gibson Muir - Claim No. 2019101363533**

Dear Mr. Muir:

This letter constitutes final agency action on your claim against the United States under the Federal Tort Claims Act (FTCA) in the amount of $100,000,000 based on the alleged negligent or wrongful acts or omissions of Transportation Security Administration personnel at Phoenix-Mesa Gateway Airport. The claim was determined to be not compensable and therefore denied by the deciding official. If you are dissatisfied with the denial, you may file suit in an appropriate U.S. Federal District Court not later than 6 months after the date this letter was mailed.

Please note that to the extent the claim arises from an alleged assault or battery, pursuant to 28 U.S.C. § 2680(h), FTCA does not generally apply to claims arising from assault or battery.

Sincerely,

Brett Barber

Brett Barber, Paralegal
571-227-2655
brett.barber@tsa.dhs.gov



**Your booking is confirmed, Ri...**
Here is your itinerary and receipt. Than...

 Share

| Customer Name | Book Date |
|---|---|
| **RICHARD MUIR** | **06/13/2018** |

Your confirmation number is: 7LNM69

**Flight Details**   change/cancel

**Departing Flight Information**

| Date | Flight # | Departure Airport | Departs |
|---|---|---|---|
| Thu, Aug 09, 2018 | 104 | Phoenix-Mesa-Gateway Airport (IWA) | 01:31 PM |
| | | Map | |

| Arrival Airport | Arrives |
|---|---|
| Greater Peoria Regional Airport (PIA) | 06:30 PM |
| Map | |

**Passenger Name:** MICHAEL MUIR

| Seat Assignment | Priority Access | Under-Seat Personal Item | Checked Bags | Overhead Carry-On Bags |
|---|---|---|---|---|
| Not Assigned | Not Assigned | Free | 0 | 0 |

**Passenger Name:** TRACI MUIR

| Seat Assignment | Priority Access | Under-Seat Personal Item | Checked Bags | Overhead Carry-On Bags |
|---|---|---|---|---|
| Not Assigned | Not Assigned | Free | 0 | 1 |

**Returning Flight Information**

| Date | Flight # | Departure Airport | Departs |
|------|----------|-------------------|---------|
| Sun, Aug 12, 2018 | 105 | Greater Peoria Regional Airport (PIA) | 07:15 PM |
| | | Map | |

| | | Arrival Airport | Arrives |
|---|---|-----------------|---------|
| | | Phoenix-Mesa-Gateway Airport (IWA) | 08:30 PM |
| | | Map | |

**Passenger Name:** MICHAEL MUIR

| Seat Assignment | Priority Access | Under-Seat Personal Item | Checked Bags | Overhead Carry-On Bags |
|-----------------|-----------------|--------------------------|--------------|------------------------|
| Not Assigned | Not Assigned | Free | 0 | 0 |

**Passenger Name:** TRACI MUIR

| Seat Assignment | Priority Access | Under-Seat Personal Item | Checked Bags | Overhead Carry-On Bags |
|-----------------|-----------------|--------------------------|--------------|------------------------|
| Not Assigned | Not Assigned | Free | 0 | 1 |

## Receipt and Payment Details

| | |
|---|---|
| Airfare | $248.56 |
| Fed Excise Tax | $18.64 |
| Segment Fees | $16.40 |
| PFC | $18.00 |
| Sept 11 Security Fee | $22.40 |
| Carry-on Bag | $40.00 |
| Carrier Usage Charge | $52.00 |
| Total Trip Cost: | $416.00 |

| Payment Type | Payment Date | Amount |
|--------------|--------------|--------|
| Visa - 9102 | 06/13/2018 | $416.00 |
| Total Paid: | | $416.00 |

| | |
|---|---|
| Balance Due | $0.00 |

**MONSTER PAWN, NORMAL**
1408 SOUTH MAIN ST
NORMAL, IL 61761

**(309) 452-5327**

Customer #27343001
MICHAEL G MUIR
19 INGLEWOOD
BLOOMINGTON, IL 61704
(712) 309-6121

**#: 111220**

Page: 1

Date: 08/11/2018

EMP: EL

**Bill of Sale**

|  | | Purchased |
| --- | --- | --- |
| ITEM | DESCRIPTION: | EXT AMOUNT |
| ELECTRONICS | ELECTRONICS BOSE 201, #990107 | $50.00 |

| | Total | $50.00 |
| --- | --- | --- |

Seller hereby certifies that he or she is legally empowered to sell or dispose of the above property and that said property is free and clear of all liens and encumbrances. Seller will be responsible for any legal fees incurred by purchaser resulting from this transaction.

PLEASE READ: I, the undersigned seller, have carefully read the terms and conditions of this sale and agree to them.

X _____
  Seller's Signature

# Incident Report #1801638



**MARICOPA COMMUNITY COLLEGES**
POLICE DEPARTMENT
2411 WEST 14TH STREET
TEMPE, AZ 85281
480-784-0900 (NON-EMERGENCY)

## Event Info

| Date Reported | Time Reported | Time Dispatched | Time Arrived | Time Completed |
|---|---|---|---|---|
| 11/08/2018 | 09:45 | 09:47 | 10:05 | 11:08 |

| Addr. of Occ. | City | Zipcode | Date Occ. Range | Time Occ. Range |
|---|---|---|---|---|
| 2626 E PECOS RD | CHANDLER | 85225 | 11/08/2018 - 11/08/2018 | 09:30 - 09:45 |

| District | Grid | Sub-Grid | Shift |
|---|---|---|---|
| CHANDLER GILBERT | CHANDLER GILBERT COMMON/MALLS | MAIN BUILDING | 1 |

| How Reported | Dispatch Disposition |
|---|---|
| PHONE | 02 |

## Classification Completed

| Class | Subclass |
|---|---|
| MEDICAL | ILL STUDENT |

## Narrative

| Written By | Date Written |
|---|---|
| LANGFORD, BRIAN | 11/08/2018 |

**Synopsis:**

On 11-8-2018 between 0930 and 0945 hours, CGCC student Mike ⬛ became ill, just west of the Estrella Hall, near the Higley Mall at Chandler-Gilbert Community College located at 2626 East Pecos Road Chandler, Arizona 85225.

**Narrative:**

On 11-8-2018 at approximately 0945 hours, I was dispatched to the Higley Mall, reference a welfare check on a student, lying on a picnic table. Upon arrival, I observed several people standing around the picnic table and observed Public Safety Aide Martinez speaking with a male subject, later identified as CGCC student Michael ⬛.

I asked PSA Martinez what was going on and he stated ⬛ was experiencing extreme pain, due to issues with his hernia. ⬛ at first declined ~~medical attention but then asked~~ for the paramedics to give him an IV. I then contacted dispatch and informed them of the situation and our location.

As we were awaiting the Chandler Fire Department, ⬛ stayed lying on the bench of the table and he appeared to be in much pain. He expressed he did not want to be transported. I asked if he had someone able to pick him up and he stated, "no." A few minutes later, Chandler Fire Department RUN #281 (CFD) arrived and started to evaluate and give aide to ⬛. ⬛ informed them as well he did not want to be transported but asked for an IV, due to his history with this problem. CFD administered and IV and stayed with ⬛ for awhile. PSA Martinez informed Yvette Strickling and she came out to the Mall and I spoke to her about the situation.

After a few minutes of speaking with ⬛ and CFD, ⬛ decided to contact his wife, via cell phone and asked her to come to the college and drive him home. ⬛ stated that he just wanted to lay were he was until she arrived. CFD informed us if we needed help with the transport to the vehicle to call back.

As we were waiting the arrival of his wife, ⬛ started to experience more pain and wanted to rest on his knees, he became more ill and started to vomit. I provided, ⬛ an emergency blanket for his knees and had dispatch call

CFD back to help us with transport and further care.

Chandler Fire Department latter #281 arrived on scene to give aide and assist with the situation.  As CFD was speaking with ▮▮▮, his wife arrived.  We asked her to drive her vehicle up the Higley Mall, so we could assist him in the vehicle.  Once she pulled up, ▮▮▮ picked himself up and walked to the vehicle and got straight into back seat of the vehicle.  Both ▮▮▮ and his wife then drove off property with no further incidents.  No further information.

## Case Management

| Initial Investigator | Current Investigator | Report Status | Approved By | Date Approved |
|---|---|---|---|---|
| LANGFORD, BRIAN | LANGFORD, BRIAN | Approved | MOUNT, CHUCK | 11/13/2018 07:31 |

| Case Status |
|---|
| CLEARED |

```
PREPARED 03/04/2020,14:37:04                      EXPENDITURE APPROVAL LIST                              PAGE   24
PROGRAM: GM339J                                      AS OF: 03/12/2020   PAYMENT DATE: 03/12/2020
CITY OF AURORA   ILLINOIS                                         BANK: 95
ACCOUNTS PAYABLE-OLD SECOND BANK
```

```
FUND 101   GENERAL FUND
VEND NO    SEQ#   VENDOR NAME                                                    ITEM                    EFT, EPAY OR
INVOICE           VOUCHER P.O.   BNK CHECK/DUE   ACCOUNT                                   CHECK         HAND-ISSUED
NO                NO   NO        DATE            NO                           DESCRIPTION   AMOUNT        AMOUNT
```

```
DEPT  30   FIRE                   DIV 33   FIRE

0008970    00    DIVE RIGHT IN SCUBA INC
143716           PI2097 293648 95 02/25/2020   101-3033-422.61-53   FIRE PROTECTION EQUIP/SUP   EFT:        1,800.00

                                                                    VENDOR TOTAL *                 .00      1,800.00

0009745    00    BLU PETROLEUM INC
0039133-IN       PI2233 293180 95 02/18/2020   101-3033-422.62-40   FUEL,OIL,GREASE, & LUBES    EFT:        4,506.22
0039170-IN       PI2234 293180 95 02/19/2020   101-3033-422.62-40   FUEL,OIL,GREASE, & LUBES    EFT:        1,192.96

                                                                    VENDOR TOTAL *                 .00      5,699.18

0010307    00    L3HARRIS TECHNOLOGIES INC
93336994         PI1898 293323 95 01/28/2020   101-3033-422.61-42   RADIO & TELECOMMUNICATION   EFT:        3,730.00
93337993         PI1907 293424 95 02/11/2020   101-3033-422.38-01   RADIO & TELECOMMUNICATION   EFT:        3,074.20

                                                                    VENDOR TOTAL *                 .00      6,804.20
                                                                    DEPARTMENT TOTAL **        13,289.88    21,983.98
```

M.G. MUIR
ENGLEWOOD LN.
BLOOMINGTON, IL 61704
20-1280

DISTRICT CLERK'S OFFICE
305 U.S. COURTHOUSE
100 N.E. MONROE ST.
PEORIA, IL 61602




U.S. POSTAGE PAID
PME 1-Day
BLOOMINGTON, IL
61701
AUG 24, 20
AMOUNT
**$26.35**
R2304M115731-39

**PRESS FIRMLY TO SEAL**

1007          61602




EJ 294 622 599 US

**UNITED STATES POSTAL SERVICE®**    **PRIORITY MAIL EXPRESS®**

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)    PHONE ( 712 ) 309 - 6121

MICHAEL GIBSON MUIR
19 INGLEWOOD LANE
BLOOMINGTON, IL 61704

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

☑ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO Zip Code: 61701
Scheduled Delivery Date (MM/DD/YY): 8/25/20
Postage: $ 26.35

Date Accepted (MM/DD/YY): 8/24/20
Scheduled Delivery Time: ☐ 10:30 AM  ☑ 3:00 PM  ☐ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 2:12  ☐ AM  ☑ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $

DELIVERY OPTIONS (Customer Use Only)
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
   * Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( 309 ) 671 - 7117

DISTRICT CLERK'S OFFICE
305 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, IL 61602

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $

Weight: ☑ Flat Rate    lbs.    ozs.
Acceptance Employee Initials: ems

$ 26.35

ZIP + 4® (U.S. ADDRESSES ONLY)
6 1 6 0 2 -

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY)    Time    ☐ AM  ☐ PM    Employee Signature
Delivery Attempt (MM/DD/YY)    Time    ☐ AM  ☐ PM    Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, MARCH 2019    PSN 7690-02-000-9996

◄ **PEEL FROM THIS CORNER**


