AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois
Peoria Division

| | |
|---|---|
| Michael Gibson Muir <br> *Plaintiff* <br> v. <br> U.S. Transportation Security Administration, et al. <br> *Defendant* | ) <br> ) <br> )   Case No.  1:20-cv-01280 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALLEGIANT AIR, LLC, a Nevada company                             .

Date:   09/29/2020

s/ Thomas C. Sokol
*Attorney's signature*

Thomas C. Sokol, Bar No. 1398717
*Printed name and bar number*

KMA ZUCKERT LLC
200 West Madison Street, 16th Floor
Chicago, Illinois 60606
*Address*

tsokol@kmazuckert.com
*E-mail address*

(312) 345-3000
*Telephone number*

(312) 345-3119
*FAX number*