## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MICHAEL GIBSON MUIR,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, United States Transportation Security Administration, in his individual capacity, L3HARRIS TECHNOLOGIES, INC., a Delaware for-profit corporation; ALLEGIANT AIR, LLC, a Nevada company; CHAD F. WOLF, Secretary, United States Department of Homeland Security, in his official capacity,<br><br>     Defendants. | Case No. 1:20-cv-01280<br><br>District Judge: Hon. Joe Billy McDade |

### DEFENDANT ALLEGIANT AIR, LLC'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING (FIRST REQUEST)

Defendant, ALLEGIANT AIR, LLC ("Allegiant"), by and through counsel, hereby moves for a 30-day extension of time to file a responsive pleading to Plaintiff's First Amended Complaint and Demand for Jury Trial, thereby creating a new deadline of November 4, 2020. This is the first request for an extension of time to file a responsive pleading by Allegiant. Counsel for Allegiant has attempted to contact Plaintiff by phone regarding Allegiant's request for an extension, but Plaintiff has not responded to Allegiant counsel's voicemail.

On September 8, 2020, Plaintiff Michael Gibson Muir filed his First Amended Complaint and Demand for Jury Trial in this Court, adding Allegiant as a defendant. Plaintiff served Allegiant on September 14, 2020. Accordingly, Allegiant's current deadline to file a responsive pleading is October 5, 2020.

Allegiant moves for a 30-day extension of time to file a responsive pleading due to the vast extent of the allegations in Plaintiff's 28-page, 119-paragraph, First Amended Complaint and the ongoing disruptions due to the novel coronavirus.

Plaintiff is a *pro se* litigant who alleges in his First Amended Complaint that he suffered emotional distress with physical manifestations due to an alleged invasion of his privacy during two security screenings by the United States Transportation Security Administration while travelling through Phoenix-Mesa Gateway Airport ("IWA") in Maricopa County, Arizona, on August 9, 2018, and General Wayne A. Downing Peoria International Airport ("PIA") in Peoria, County, Illinois on August 12, 2018. Plaintiff "charges a violation of his rights under the Fourth and Fifth Amendments to the United States Constitution, Article II Sections 4 and 8 of the Arizona Constitution and Article I Sections 2 and 6 of the Constitution of the State of Illinois and brings his action pursuant to the Federal Tort Claims Act (28 U.S.C. Chapter 171), the United States Constitution, United States law, Arizona state law and Illinois state law." *See* First Amended Complaint, [ECF 12], at ¶ 1. He seeks declaratory and injunctive relief and monetary damages, including $200,000,000.00 in compensatory damages, plus punitive damages, from Allegiant. *See id.* at Section IV: Prayer for Relief, ¶¶ N-P.

It is within this Court's discretion to extend deadlines, particularly when the extension is sought within the time for the original deadline. *See* Fed. R. Civ. P. 6(b) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time."); *see also Raymond v. Ameritech Corp.*, 442 F.3d 600, 605 (7th Cir. 2006) (explaining that "Rule 6(b) . . . clearly gives courts both the authority to establish deadlines and the discretion to enforce them.").

Here, Allegiant's motion is filed within the time for its responsive pleading and good cause exists due to the extent of Plaintiff's allegations of numerous violations of state and federal law,

the significance of the damages sought with injunctive relief, and the ongoing disruptions due to the novel coronavirus. Accordingly, Allegiant seeks a 30-day extension to file a responsive pleading to Plaintiff's First Amended Complaint. If granted, the deadline for Allegiant to file a responsive pleading would be November 4, 2020.

Dated: September 29, 2020

Respectfully Submitted,

KMA ZUCKERT LLC

*s/ Thomas C. Sokol*
Thomas C. Sokol, Bar No. 1398717
KMA ZUCKERT LLC
200 West Madison Street, 16th Floor
Chicago, Illinois 60606
Tel: (312) 345-3000
Fax: (312) 345-3119
tsokol@kmazuckert.com

*Attorneys for Defendant,*
*ALLEGIANT AIR, LLC*

## CERTIFICATE OF SERVICE

   The undersigned certifies that, on September 29, 2020, pursuant to Fed. R. Civ. P. 5 and LR 5.5, a true and correct copy of the foregoing **Defendant Allegiant Air, LLC's Motion for Extension of Time to File Responsive Pleading (First Request)** was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the court, with a copy to Plaintiff
by the method indicated below:

| | |
|---|---|
| *Plaintiff (Pro Se)* | |
| Michael Gibson Muir | [ ] Via CM/ECF |
| 19 Inglewood Lane | [X] Via Email |
| Bloomington, Illinois 61704 | [ ] Via FedEx |
| blaxwan@yahoo.com | [ ] Via Hand Delivery |
| | [X] Via U.S. Mail |

            *s/ Thomas C. Sokol*
              Thomas C. Sokol