# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| MICHAEL GIBSON MUIR,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, United States Transportation Security Administration, in his individual capacity, L3HARRIS TECHNOLOGIES, INC., a Delaware for-profit corporation; ALLEGIANT AIR, LLC, a Nevada company; CHAD F. WOLF, Secretary, United States Department of Homeland Security, in his official capacity,<br><br>       Defendants. | Case No. 1:20-cv-01280<br><br>District Judge: Hon. Joe Billy McDade |

## (PROPOSED) ORDER GRANTING DEFENDANT ALLEGIANT AIR, LLC'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Having reviewed the Motion for Extension of Time to File a Responsive Pleading filed on September 29, 2020, by Defendant, Allegiant Air, LLC (the "Motion"), and for good cause appearing therein,

**IT IS HEREBY ORDERED** granting the Motion for Extension of Time to File a Responsive Pleading thereby extending the time for Defendant Allegiant Air, LLC, to file a responsive pleading to November 4, 2020.

Dated this ____ day of _____, 2020

                         _____
                         Honorable Joe Billy McDade
                         United States District Judge