# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA

| | |
|---|---|
| Michael Gibson Muir, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-CV-1280 |
| United States Transportation Security Administration; et al., | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE OF ATTORNEY

Please take notice that Assistant United States Attorney Kimberly A. Klein will appear as lead counsel for the Defendants United States Transportation Security Administration and David Pekoske, Administrator of the United States Transportation Security Administration, in the above-referenced proceeding.

    Respectfully submitted:

    JOHN C. MILHISER
    *United States Attorney*

By:    s/ Kimberly A. Klein
    _____
    Kimberly A. Klein
    Assistant United States Attorney
    United States Attorney's Office
    211 Fulton Street
    Peoria, IL  61602
    Telephone:  309-671-7050
    Fax:  309-671-7259
    Email: kimberly.klein@usdoj.gov

**Certificate of Service**

I hereby certify that on September 30, 2020, I caused the foregoing *Notice of Appearance of Attorney* to be electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that on this same date, I caused a copy to be placed in the United States Mail, First Class and postage prepaid, addressed to:

Michael Gibson Muir
19 Inglewood
Bloomington, IL 61704
Plaintiff, Pro Se

Date:   September 30, 2020                          s/Kimberly A. Klein
                                                    Kimberly A. Klein
                                                    Assistant United States Attorney