IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| Michael Gibson Muir, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-CV-1280 |
| ) | |
| United States Transportation Security ) | |
| Administration; et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME

Now come Defendants United States Transportation Security Administration ("TSA") and David Pekoske, Administrator of the United States Transportation Security Administration, by and through their counsel, Kimberly A. Klein, Assistant United States Attorney, and hereby move for an extension of time in which to answer or otherwise plead. In support thereof, Defendants provide the following information:

**Background and Status of Service**

1. Plaintiff filed his Complaint on July 31, 2020. (Doc. 1)

2. Service was complete on TSA and Administrator Pekoske on August 10, 2020, and their answer to the initial Complaint is currently due on October 9, 2020.

3. On September 8, 2020, Plaintiff filed his First Amended Complaint. (Doc. 12)

4. Administrator Pekoske was served at his home on September 15, 2020, and the U.S. Attorneys Office received the First Amended Complaint on September 18, 2020.

5. This motion is filed within the time for these Defendants' responsive pleading.

6. This motion is not filed for the purpose of delay, but rather for good cause, given Plaintiff's numerous allegations of violation of federal law and the significant damages sought.

7. The undersigned attempted to reach *Pro Se* Plaintiff by phone on September 30, 2020, but was unable to speak with him and left a message.

Accordingly, Defendants TSA and Administrator Pekoske seek an extension to file a responsive pleading to Plaintiff's First Amended Complaint until November 13, 2020.

### Reservation of all Rights, Objections and Defenses to the Plaintiff's Complaint

By filing this Motion, this Defendants reserve all rights, objections, defenses, responses, and pleadings regarding the Plaintiff's First Amended Complaint, and are not waiving any of their responses, objections, rights, defenses, responses or pleadings they subsequently may file regarding said First Amended Complaint.

**Conclusion**

For the reasons set forth above, Defendants TSA and Administrator Pekoske request that their answer deadline in this matter be extended to November 13, 2020.

Respectfully submitted,

JOHN C. MILHISER
United States Attorney

By:   s/Kimberly A. Klein

Kimberly A. Klein
Assistant United States Attorney
United States Attorney's Office
211 Fulton Street
Peoria, IL  61602
Telephone:  309-671-7050
Fax:  309-671-7259
Email:  kimberly.klein@usdoj.gov

## Certificate of Service

I hereby certify that on September 30, 2020, I caused the foregoing *Motion for Extension of Time* to be electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that on this same date, I caused a copy to be placed in the United States Mail, First Class and postage prepaid, addressed to:

Michael Gibson Muir
19 Inglewood
Bloomington, IL 61704
Plaintiff, Pro Se

Date: September 30, 2020

s/Kimberly A. Klein
Kimberly A. Klein
Assistant United States Attorney