AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| Michael Gibson Muir | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-01280 |
| U.S. Transportation Security Administration, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALLEGIANT AIR, LLC, a Nevada company                                                                    .

Date:   10/08/2020

                                                                                    s/ Marnie A. Holz
                                                                                    *Attorney's signature*

                                                                                    Marnie A. Holz, Bar No. 6309264
                                                                                    *Printed name and bar number*

                                                                                    KMA ZUCKERT LLC
                                                                                    200 West Madison Street, 16th Floor
                                                                                    Chicago, Illinois 60606
                                                                                    *Address*

                                                                                    mholz@kmazuckert.com
                                                                                    *E-mail address*

                                                                                    (312) 345-3000
                                                                                    *Telephone number*

                                                                                    (312) 345-3119
                                                                                    *FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Michael Gibson Muir ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:20-cv-01280 |
| U.S. Transportation Security Administration, et al. ) | |
| *Defendant* ) | |

CERTIFICATE OF SERVICE

I certify that on  10/08/2020 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Kimberly A. Klein, counsel for Defendants U.S. Transportation Security Admin. and David Pekoske ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

Michael Gibson Muir, 19 Inglewood Lane, Bloomington, IL 61704 .

s/ Marnie A. Holz
*Attorney's signature*

Marnie A. Holz, Bar No. 6309264
*Printed name and bar number*

KMA ZUCKERT LLC
200 West Madison Street, 16th Floor
Chicago, Illinois 60606
*Address*

mholz@kmazuckert.com
*E-mail address*

(312) 345-3000
*Telephone number*

(312) 345-3119
*Fax number*