AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Michael Gibson Muir ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-01280 |
| U.S. Transportation Security Administration, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALLEGIANT AIR, LLC, a Nevada company.

Date: 10/23/2020

s/ Keith S. Yamaguchi
*Attorney's signature*

Keith S. Yamaguchi, Bar No. 6227242
*Printed name and bar number*

KMA ZUCKERT LLC
200 West Madison Street, 16th Floor
Chicago, Illinois 60606
*Address*

kyamaguchi@kmazuckert.com
*E-mail address*

(312) 345-3000
*Telephone number*

(312) 345-3119
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Michael Gibson Muir )
*Plaintiff* )
v. ) Case No.  1:20-cv-01280
U.S. Transportation Security Administration, et al. )
*Defendant* )

CERTIFICATE OF SERVICE

I certify that on  10/23/2020 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Kimberly A. Klein, counsel for Defendants U.S. Transportation Security Admin. and David Pekoske ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

Michael Gibson Muir, 19 Inglewood Lane, Bloomington, IL 61704 .

s/ Keith S. Yamaguchi
*Attorney's signature*

Keith S. Yamaguchi, Bar No. 6227242
*Printed name and bar number*

KMA ZUCKERT LLC
200 West Madison Street, 16th Floor
Chicago, Illinois 60606
*Address*

kyamaguchi@kmazuckert.com
*E-mail address*

(312) 345-3000
*Telephone number*

(312) 345-3119
*Fax number*