# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| MICHAEL GIBSON MUIR, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES TRANSPORTATION )<br>SECURITY ADMINISTRATION; DAVID P. )<br>PEKOSKE, Administrator, United States )<br>Transportation Security Administration, in his )<br>individual capacity; L3HARRIS )<br>TECHNOLOGIES, INC., a Delaware for-profit )<br>corporation; ALLEGIANT AIR, LLC, a Nevada )<br>company; CHAD F. WOLF, Secretary, United )<br>States Department of Homeland Security, in his )<br>official capacity, )<br> )<br>Defendants. ) | Case No. 1:20-cv-01280 |

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT L3HARRIS TECHNOLOGIES, INC.

Pursuant to Central District of Illinois Standing Order # S-11-2:5 and Federal Rules of Civil Procedure F.R.C.P. Rule 55(a), plaintiff Muir respectfully makes the following Request for Entry of Default Against Defendant L3Harris Technologies, Inc. ("L3") in the above captioned action.

Plaintiff Muir's right to seek punitive damages against Defendant L3 is hereby reserved.

Defendant L3 is in default because it has not answered Plaintiff's First Amended Complaint and Demand for Jury Trial or otherwise defended the action within the time required by the rules (see "Plaintiff's Affidavit in Support of Entry of Default Against Defendant L3Harris Technologies, Inc.").

Pursuant to F.R.C.P. Rule 55(a), plaintiff Muir respectfully requests that the Court enter Defendant L3Harris Technologies, Inc.'s default.

DATED: this 2nd day of November, 2020

                                              Respectfully submitted,

                                              _____s/Michael Gibson Muir_____
                                                   MICHAEL GIBSON MUIR

MICHAEL GIBSON MUIR
19 Inglewood Lane
Bloomington, IL 61704
(712) 309-6121