# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MICHAEL GIBSON MUIR,                                )<br>                                                                      )<br>    Plaintiff,                                                      )<br>                                                                      )<br>    v.                                                                 )<br>                                                                      )<br>UNITED STATES TRANSPORTATION )<br>SECURITY ADMINISTRATION; DAVID P. )<br>PEKOSKE, Administrator, United States  )<br>Transportation Security Administration, in his )<br>individual capacity; L3HARRIS                     )<br>TECHNOLOGIES, INC., a Delaware for-profit )<br>corporation; ALLEGIANT AIR, LLC, a Nevada )<br>company; CHAD F. WOLF, Secretary, United )<br>States Department of Homeland Security, in his )<br>official capacity,                                              )<br>                                                                      )<br>    Defendants.                                                )  | Case No. 1:20-cv-01280 |

### PLAINTIFF'S AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT AGAINST DEFENDANT L3HARRIS TECHNOLOGIES, INC.

Pursuant to Central District of Illinois Standing Order # S-11-2:5 and Federal Rules of Civil Procedure F.R.C.P. Rule 55(a), Plaintiff Muir respectfully submits the following Affidavit in Support of Entry of Default Against Defendant L3Harris Technologies, Inc. ("L3") in the above captioned action.

1. Defendant L3 was served a copy of Alias Summons and Complaint on August 24, 2020 (see Docket Entry No. 10).

2. Defendant L3 was served a copy of Alias Summons and Plaintiff's First Amended Complaint and Demand for Jury Trial on October 9, 2020 (see affidavit).

3. Defendant L3; (1) failed to appear, plead, defend or otherwise respond within 21 days, (2) was never granted an extension of time to respond, (3) can demonstrate no good cause for failing to appear, and (4) is not an infant, an incompetent person or a person in military service.

4. Defendant L3 is unresponsive and in default and therefore concedes liability.

Pursuant to F.R.C.P. Rule 55(a), plaintiff Muir respectfully requests that the Court grant his Request for Entry of Default Against Defendant L3Harris Technologies, Inc.

DATED: this 2nd day of November, 2020

Respectfully submitted,

_____s/Michael Gibson Muir_____
MICHAEL GIBSON MUIR

MICHAEL GIBSON MUIR
19 Inglewood Lane
Bloomington, IL 61704
(712) 309-6121