# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MICHAEL GIBSON MUIR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES TRANSPORTATION )<br>SECURITY ADMINISTRATION; DAVID P. )<br>PEKOSKE, Administrator, United States )<br>Transportation Security Administration, in his )<br>individual capacity; L3HARRIS )<br>TECHNOLOGIES, INC., a Delaware for-profit )<br>corporation; ALLEGIANT AIR, LLC, a Nevada )<br>company; CHAD F. WOLF, Secretary, United )<br>States Department of Homeland Security, in his )<br>official capacity, )<br>)<br>Defendants. ) | **Case No. 1:20-cv-01280** |

### **(PROPOSED) ORDER**

IT IS HEREBY ORDERED, Plaintiff may be subject to dismissal for failure to prosecute the default judgment within fourteen (14) days of the entry of default.

DATED: this _____ day of _____, 2020

_____
Honorable Jonathan E. Hawley
United States Magistrate Judge