# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| MICHAEL GIBSON MUIR,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, United States Transportation Security Administration, in his individual capacity; L3HARRIS TECHNOLOGIES, INC., a Delaware for-profit corporation; ALLEGIANT AIR, LLC, a Nevada company; CHAD F. WOLF, Secretary, United States Department of Homeland Security, in his official capacity,<br><br>      Defendants. | Case No. 1:20-cv-01280<br><br>District Judge: Hon. Joe Billy McDade |

## DEFENDANT ALLEGIANT AIR, LLC'S RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS AND RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant, ALLEGIANT AIR, LLC ("Allegiant"), respectfully moves this Court for an Order granting judgment in favor of Allegiant in the above-captioned action filed by Plaintiff MICHAEL GIBSON MUIR (the "Lawsuit") pursuant to Federal Rule of Civil Procedure 12(c) and/or an Order dismissing Allegiant from the Lawsuit for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

Allegiant relies upon the points and authorities set forth in its Memorandum in Support of this Rule 12(c) Motion for Judgment on the Pleadings and Rule 12(b)(6) Motion to Dismiss For Failure to State a Claim, supporting exhibits, and all other pleadings, notices, and other papers on file with the Court.

WHEREFORE, for the foregoing reasons, Allegiant respectfully requests that this Court issue an Order granting judgment in favor of Allegiant and/or dismissing Allegiant from the Lawsuit with prejudice for failure to state a claim upon which relief can be granted, and any additional relief this Court deems fit to grant.

Dated: November 4, 2020

Respectfully Submitted,

KMA ZUCKERT LLC

*s/ Marnie A. Holz*
Keith S. Yamaguchi, Bar No. 6227242
Marnie A. Holz, Bar No. 6309264
KMA ZUCKERT LLC
200 West Madison Street, 16th Floor
Chicago, Illinois 60606
Tel: (312) 345-3000
Fax: (312) 345-3119
mholz@kmazuckert.com

*Attorneys for Defendant,*
*ALLEGIANT AIR, LLC*

## CERTIFICATE OF SERVICE

      The undersigned certifies that, on November 4, 2020, pursuant to Fed. R. Civ. P. 5 and LR 5.3, a true and correct copy of the foregoing **Defendant Allegiant Air, LLC's Rule 12(c) Motion for Judgment on the Pleadings and Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim** was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the court, with a copy to Plaintiff by the method indicated below:

| | |
|---|---|
| *Plaintiff (Pro Se)* <br> Michael Gibson Muir <br> 19 Inglewood Lane <br> Bloomington, Illinois 61704 <br> blaxwan@yahoo.com | [ ] Via CM/ECF <br> [X] Via Email <br> [ ] Via FedEx <br> [ ] Via Hand Delivery <br> [X] Via U.S. Mail |
| *Attorneys for United States Transportation Security Administration & David Pekoske* <br> Kimberly A. Klein <br> Assistant United States Attorney <br> United States Attorney's Office <br> 211 Fulton Street <br> Peoria, Illinois 61602 <br> Tel: (309) 671-7050 <br> kimberly.klein@usdoj.gov | [X] Via CM/ECF <br> [ ] Via Email <br> [ ] Via FedEx <br> [ ] Via Hand Delivery <br> [ ] Via U.S. Mail |
| *Attorneys for L3Harris Technologies, Inc.* <br> Michael G. McQuillen <br> Christopher J. Raistrick <br> Richard C. Harris <br> Adler Murphy & McQuillen LLP <br> 20 South Clark Street, Suite 2500 <br> Chicago, Illinois 60603 <br> Tel: (312) 345-0700 <br> mmcquillen@amm-law.com <br> craistrick@amm-law.com <br> rharris@amm-law.com | [X] Via CM/ECF <br> [ ] Via Email <br> [ ] Via FedEx <br> [ ] Via Hand Delivery <br> [ ] Via U.S. Mail |

                                                *s/ Marnie A. Holz* <br>
                                                  Marnie A. Holz