E-FILED
Wednesday, 04 November, 2020  02:25:56 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

MICHAEL GIBSON MUIR,

                       Plaintiff,

v.

UNITED STATES TRANSPORTATION
SECURITY ADMINISTRATION; DAVID P.
PEKOSKE, Administrator, United States
Transportation Security Administration, in his
individual capacity; L3HARRIS
TECHNOLOGIES, INC., a Delaware for-profit
corporation; ALLEGIANT AIR, LLC, a
Nevada company; CHAD F. WOLF, Secretary,
United States Department of Homeland
Security, in his official capacity,

                       Defendants.

Case No. 1:20-cv-01280

District Judge: Hon. Joe Billy McDade

## [PROPOSED] ORDER GRANTING DEFENDANT ALLEGIANT AIR, LLC'S RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS AND RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Upon consideration of Defendant ALLEGIANT AIR, LLC'S Federal Rule of Civil Procedure Rule 12(c) Motion for Judgment on the Pleadings and Rule 12(b)(6) Motion to Dismiss For Failure to State a Claim and Memorandum of Law in support thereof, exhibits, declarations, all responses and replies, and any argument relating thereto, it is hereby ORDERED that Defendant Allegiant Air, LLC's Motion is GRANTED, and Defendant Allegiant Air, LLC is hereby DISMISSED with prejudice from the above-captioned case.

Dated this ___ day of _____, 2020.

                                      _____

                                      JOE BILL McDADE
                                      United States District Judge

**Distribution List:**

*Plaintiff (Pro Se)*
Michael Gibson Muir
19 Inglewood Lane
Bloomington, Illinois 61704
blaxwan@yahoo.com

*Attorneys for United States Transportation Security Administration & David Pekoske*
Kimberly A. Klein
Assistant United States Attorney
United States Attorney's Office
211 Fulton Street
Peoria, Illinois 61602
Tel: (309) 671-7050
kimberly.klein@usdoj.gov

*Attorneys for L3Harris Technologies, Inc.*
Michael G. McQuillen
Christopher J. Raistrick
Richard C. Harris
Adler Murphy & McQuillen LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Tel: (312) 345-0700
mmcquillen@amm-law.com
craistrick@amm-law.com
rharris@amm-law.com