UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICHAEL GIBSON MUIR,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, United States Transportation Security Administration, in his individual capacity, L3HARRIS TECHNOLOGIES, INC., a Delaware for-profit corporation; ALLEGIANT AIR, LLC, a Nevada company; CHAD F. WOLF, Secretary, United States Department of Homeland Security, in his official capacity,<br><br>      Defendants. | Case No. 1:20-cv-01280<br><br>District Judge: Hon. Joe Billy McDade |

**DEFENDANT ALLEGIANT AIR, LLC'S CERTIFICATE OF COMPLIANCE WITH TYPE VOLUME LIMITATIONS WITH RESPECT TO ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS AND RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

In accordance with L.R. 7.1(B)(4)(c), the undersigned certifies that Defendant ALLEGIANT AIR, LLC's ("Allegiant") Memorandum of Points and Authorities in Support of Its Rule 12(c) Motion for Judgment on the Pleadings and Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (the "Memorandum") complies with the type volume limitations for a memorandum that exceeds 15 pages in length. In reliance on the word count of the word processing system used to prepare the Memorandum, the undersigned certifies that the Memorandum contains 6,779 words and 42,034 characters with spaces. All headings, footnotes, and quotations were counted toward the word and character counts.

Dated: November 4, 2020

Respectfully Submitted,

KMA ZUCKERT LLC

*s/ Marnie A. Holz*
Keith S. Yamaguchi, Bar No. 6227242
Marnie A. Holz, Bar No. 6309264
KMA ZUCKERT LLC
200 West Madison Street, 16th Floor
Chicago, Illinois 60606
Tel: (312) 345-3000
Fax: (312) 345-3119
mholz@kmazuckert.com

*Attorneys for Defendant,*
*ALLEGIANT AIR, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on November 4, 2020, pursuant to Fed. R. Civ. P. 5 and LR 5.3, a true and correct copy of the foregoing **Defendant Allegiant Air, LLC's Certificate of Compliance with Type Volume Limitations With Respect To Its Memorandum of Points and Authority in Support of its Rule 12(c) Motion for Judgment on the Pleadings and Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim** was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the court, with a copy to Plaintiff by the method indicated below:

| | |
|---|---|
| *Plaintiff (Pro Se)* | |
| Michael Gibson Muir | [ ] Via CM/ECF |
| 19 Inglewood Lane | [X] Via Email |
| Bloomington, Illinois 61704 | [ ] Via FedEx |
| blaxwan@yahoo.com | [ ] Via Hand Delivery |
| | [X] Via U.S. Mail |
| | |
| *Attorneys for United States Transportation* | [X] Via CM/ECF |
| *Security Administration & David Pekoske* | [ ] Via Email |
| Kimberly A. Klein | [ ] Via FedEx |
| Assistant United States Attorney | [ ] Via Hand Delivery |
| United States Attorney's Office | [ ] Via U.S. Mail |
| 211 Fulton Street | |
| Peoria, Illinois 61602 | |
| Tel: (309) 671-7050 | |
| kimberly.klein@usdoj.gov | |
| | |
| *Attorneys for L3Harris Technologies, Inc.* | [X] Via CM/ECF |
| Michael G. McQuillen | [ ] Via Email |
| Christopher J. Raistrick | [ ] Via FedEx |
| Richard C. Harris | [ ] Via Hand Delivery |
| Adler Murphy & McQuillen LLP | [ ] Via U.S. Mail |
| 20 South Clark Street, Suite 2500 | |
| Chicago, Illinois 60603 | |
| Tel: (312) 345-0700 | |
| mmcquillen@amm-law.com | |
| craistrick@amm-law.com | |
| rharris@amm-law.com | |

                                                          *s/ Marnie A. Holz*
                                                          Marnie A. Holz