1:20-cv-01280-JBM-JEH   # 31-3   Filed: 11/04/20   Page 1 of 1

E-FILED
Wednesday, 04 November, 2020  02:32:14 PM
Clerk, U.S. District Court, ILCD

# CERTIFICATE OF SERVICE

The undersigned certifies that, on November 4, 2020, pursuant to Fed. R. Civ. P. 5 and LR 5.3, a true and correct copy of the foregoing **Defendant Allegiant Air, LLC's Memorandum of Points and Authority in Support of its Rule 12(c) Motion for Judgment on the Pleadings and Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim** was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the court, with a copy to Plaintiff by the method indicated below:

*Plaintiff (Pro Se)*
Michael Gibson Muir
19 Inglewood Lane
Bloomington, Illinois 61704
blaxwan@yahoo.com

[  ] Via CM/ECF
[X] Via Email
[  ] Via FedEx
[  ] Via Hand Delivery
[X] Via U.S. Mail


*Attorneys for United States Transportation Security Administration & David Pekoske*
Kimberly A. Klein
Assistant United States Attorney
United States Attorney's Office
211 Fulton Street
Peoria, Illinois 61602
Tel: (309) 671-7050
kimberly.klein@usdoj.gov

[X] Via CM/ECF
[  ] Via Email
[  ] Via FedEx
[  ] Via Hand Delivery
[  ] Via U.S. Mail


*Attorneys for L3Harris Technologies, Inc.*
Michael G. McQuillen
Christopher J. Raistrick
Richard C. Harris
Adler Murphy & McQuillen LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Tel: (312) 345-0700
mmcquillen@amm-law.com
craistrick@amm-law.com
rharris@amm-law.com

[X] Via CM/ECF
[  ] Via Email
[  ] Via FedEx
[  ] Via Hand Delivery
[  ] Via U.S. Mail


*s/ Marnie A. Holz*
Marnie A. Holz