

**SHIG YASUNAGA**
**CLERK OF COURT**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

**OFFICE OF THE CLERK**

**TEL: 217.492.4020**
**FAX: 217.492.4028**

November 13, 2020

Mr. Michael Gibson Muir
19 Inglewood Lane
Bloomington, IL 61704

      RE: Muir vs. United States Transportation Security Administration et al
      Case Number: 20-1280

Dear Mr. Muir:

      NOTICE IS HEREBY GIVEN that a case-dispositive motion (such as a motion to dismiss or motion for judgment on the pleadings) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P 12(c). Please be advised that you have **fourteen (14)** days from the date of service to respond to the motion. Under the court's local rules, if no response is timely filed, the presiding judge will presume there is no opposition to the motion and may rule without further notice to the parties. In effect, the court may grant the motion and your case may be dismissed. See L.R. CDIL 7.1(B).

      s/Shig Yasunaga
      Shig Yasunaga
      Clerk, U.S. District Court

cc:  all counsel