1:20-cv-01280-JBM-JEH # 37-4 Filed 11/18/20 Page 1 of 1 E-FILED
Wednesday, 18 November, 2020 02:20:36 PM
Clerk, U.S. District Court, ILCD

Case 2:19-cv-05887-DGC Document 25 Filed 08/04/20 Page 1 of 1

Michael Gibson Muir
19 Inglewood Ln.
Bloomington, IL 61704
712-309-6121

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 04 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Gibson Muir | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:19-cv-05887-DGC |
| L3Harris Technologies, Inc., a Delaware for-profit corporation | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**

**FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Gibson Muir hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant L3Harris Technologies Incorporated.

DATED: this 31st day of July, 2020

Respectfully submitted,

_____
MICHAEL GIBSON MUIR