# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| MICHAEL GIBSON MUIR, | ) | |
| | ) | 1:20-cv-01280 |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | District Judge: |
| UNITED STATES TRANSPORTATION | ) | Hon. Billy Joe McDade |
| SECURITY ADMINISTRATION; DAVID | ) | |
| P. PEKOSKI; L3HARRIS TECHNOLOGIES, | ) | |
| INC.; ALLEGIANT AIR, LLC; CHAD E. | ) | Magistrate Judge: |
| WOLF, Secretary, United States Department | ) | Jonathan E. Hawley |
| of Homeland Security. | ) | |
| | ) | |
| *Defendants*. | | |

## DEFENDANT L3 HARRIS TECHNOLOGIES, INC.'S
## CERTIFICATE OF COMPLIANCE WITH TYPE VOLUME LIMITATIONS

In accordance with L.R. 7.1(B)(4)(c), the undersigned certifies that Defendant L3 HARRIS TECHNOLOGIES, INC.'S Motion to Dismiss Plaintiff's First Amended Complaint and Memorandum of Law in Support complies with the type volume limitations for a memorandum that exceeds 15 pages in length. In reliance on the word count of the word processing system used to prepare the Motion and incorporated Memorandum, the undersigned certifies that the Motion and incorporated Memorandum contain 6,891 words and 43,837 characters with spaces. All headings, footnotes, and quotations were counted toward the word and character counts.

                                              Respectfully submitted,
                                              ADLER MURPHY & McQUILLEN LLP


                                              */s/ Richard C. Harris*_____
                                              One of the Attorneys for Defendant,
                                              L3HARRIS TECHNOLOGIES, INC.

Michael G. McQuillen
Christopher J. Raistrick
Richard C. Harris
ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
Facsimile: (312) 345-9860
mmcquillen@amm-law.com
craistrick@amm-law.com
rharris@amm-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

With a copy sent via U.S. Mail and email to:
Michael Gibson Muir
19 Inglewood Ln
Bloomington, IL 61704
blaxwan@yahoo.com
*Plaintiff Pro se*

                                                */s/__Richard C. Harris*