UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICHAEL GIBSON MUIR,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, United States Transportation Security Administration, in his individual capacity; L3HARRIS TECHNOLOGIES, INC., a Delaware for-profit corporation; ALLEGIANT AIR, LLC, a Nevada company; CHAD F. WOLF, Secretary, United States Department of Homeland Security, in his official capacity,<br><br>                    Defendants. | Case No. 1:20-cv-01280<br><br>District Judge: Hon. Joe Billy McDade |

### DEFENDANT ALLEGIANT AIR, LLC'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS AND TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Local Rule 7.1, Defendant, ALLEGIANT AIR, LLC ("Allegiant"), by and through undersigned counsel, respectfully moves this Court for leave to file a reply in support of its Rule 12(c) Motion for Judgment on the Pleadings and Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint ("FAC") for Failure to State a Claim, *see* [ECF 30, 31], (the "Motion"). A copy of the proposed Reply brief is attached hereto as **Exhibit A**. In support, Allegiant states as follows:

1.      Allegiant has moved to Dismiss Plaintiff's FAC, *see* [ECF 30, 31]. The primary bases for Allegiant's Motion are the fact that Plaintiff's claims against Allegiant are barred by the applicable statute of limitations and do not relate back to the filing of the Original Complaint, and that Plaintiff's fail to state a cause of action against Allegiant as a matter of law.

2. In response to Allegiant's Motion, Plaintiff relies upon a plethora of new factual allegations and legal theories that were not alleged in Plaintiff's FAC, or even his original Complaint. *See* [ECF 36].

3. The Local Rules for the Central District of Illinois ("Local Rules") require a party to seek leave of court before filing any reply brief. C.D. Ill. L.R. 7.1(B)(3). "'Typically, reply briefs are permitted if the party opposing a motion has introduced new and unexpected issues in his response to the motion, and the Court finds a reply from the moving party would be helpful to its disposition of the motion[.]'" *OSF Healthcare Sys. v. Bd. of Trustees of SEIU Healthcare Illinois Home Care & Child Care Fund*, 456 F. Supp. 3d 1018, 1029 (C.D. Ill. 2020) (quoting *Shefts v. Petrakis*, No. 10-1104, 2011 WL 5930468, at *8 (C.D. Ill. Nov. 29, 2011) (McDade, J.)).

4. Plaintiff has raised novel factual and legal assertions in his Response, which Allegiant has not had an opportunity to address and which may have a material impact on the arguments raised in the Motion. Thus, Allegiant respectfully submits that the filing of a reply brief is justified so that it may explain why Plaintiff's newfound factual and legal assertions are both procedurally and substantively inappropriate to withstand the Motion.

5. In accordance with Local Rule 7.1(F), a copy of the proposed reply brief is attached hereto as **Exhibit A**.

WHEREFORE, for the foregoing reasons, Allegiant respectfully requests that this Court issue an Order granting leave to file Allegiant's Reply in Further Support of Its Rule 12(c) Motion for Judgment on the Pleadings and Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim, and any additional relief this Court deems fit to grant.

Dated: November 27, 2020

Respectfully Submitted,

KMA ZUCKERT LLC

*s/ Marnie A. Holz*
Keith S. Yamaguchi, Bar No. 6227242
Marnie A. Holz, Bar No. 6309264
KMA ZUCKERT LLC
200 West Madison Street, 16th Floor
Chicago, Illinois 60606
Tel: (312) 345-3000
Fax: (312) 345-3119
mholz@kmazuckert.com

*Attorneys for Defendant,*
*ALLEGIANT AIR, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on November 27, 2020, pursuant to Fed. R. Civ. P. 5 and LR 5.5, a true and correct copy of the foregoing **Defendant Allegiant Air, LLC's Motion for Leave to File a Reply in Support of Its Rule 12(c) Motion for Judgment on the Pleadings and Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim** was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the court, with a copy to Plaintiff by the method indicated below:

| | |
|---|---|
| *Plaintiff (Pro Se)* | |
| Michael Gibson Muir | [ ] Via CM/ECF |
| 19 Inglewood Lane | [X] Via Email |
| Bloomington, Illinois 61704 | [ ] Via FedEx |
| blaxwan@yahoo.com | [ ] Via Hand Delivery |
| | [X] Via U.S. Mail |
| | |
| *Attorneys for United States Transportation* | [X] Via CM/ECF |
| *Security Administration & David Pekoske* | [ ] Via Email |
| Kimberly A. Klein | [ ] Via FedEx |
| Assistant United States Attorney | [ ] Via Hand Delivery |
| United States Attorney's Office | [ ] Via U.S. Mail |
| 211 Fulton Street | |
| Peoria, Illinois 61602 | |
| Tel: (309) 671-7050 | |
| kimberly.klein@usdoj.gov | |
| | |
| *Attorneys for L3Harris Technologies, Inc.* | [X] Via CM/ECF |
| Michael G. McQuillen | [ ] Via Email |
| Christopher J. Raistrick | [ ] Via FedEx |
| Richard C. Harris | [ ] Via Hand Delivery |
| Adler Murphy & McQuillen LLP | [ ] Via U.S. Mail |
| 20 South Clark Street, Suite 2500 | |
| Chicago, Illinois 60603 | |
| Tel: (312) 345-0700 | |
| mmcquillen@amm-law.com | |
| craistrick@amm-law.com | |
| rharris@amm-law.com | |

*s/ Marnie A. Holz*
Marnie A. Holz