E-FILED
Thursday, 17 December, 2020  10:01:01 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICHAEL GIBSON MUIR, )<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>UNITED STATES TRANSPORTATION )<br>SECURITY ADMINISTRATION; DAVID )<br>P. PEKOSKI; L3HARRIS TECHNOLOGIES, )<br>INC.; ALLEGIANT AIR, LLC; CHAD E. )<br>WOLF, Secretary, United States Department )<br>of Homeland Security. )<br>)<br>    *Defendants*. ) | 1:20-cv-01280<br><br><br><br>District Judge:<br>Hon. Billy Joe McDade<br><br><br>Magistrate Judge:<br>Jonathan E. Hawley |

DECLARATION OF GEORGE SALIMBAS

George Salimbas, the declarant, being first duly sworn under oath, deposes and states as follows:

1. My name is George Salimbas. I am over 18 years old and under no legal disability, and if called and sworn as a witness, I would testify to the following facts which are within my personal knowledge.

2. I am currently employed by Leidos Security Detection & Automation, Inc., which is a wholly owned subsidiary of Leidos, Inc.

3. My current position is Director of Contracts for Leidos Security Detection & Automation, Inc. I have been so employed since May 4, 2020.

4. On May 4, 2020, Leidos, Inc. purchased L3 Security & Detection Systems, Inc.

5. I was formerly employed by L3 Security & Detection Systems, Inc., or its predecessor companies from April 1, 2019 until May 4, 2020.

6. During my time of employment with L3 Security & Detection Systems, Inc., and its predecessor companies, my position was Vice President of Contracts.

7. From my time working for L3 Security & Detection Systems, Inc., its predecessor companies, and Leidos Security & Detection Automation, Inc., I am familiar with the corporate histories and structures of both corporations.

8. In July 2019, L3 Technologies, Inc. merged with Harris Corporation to form L3 Harris Technologies Inc.

9. L3 Technologies, Inc. was the parent company of L-3 Communications Security and Detection Systems, Inc., and L3 Communications Corporation.

10. L-3 Communications Security and Detection Systems, Inc., and L3 Communications Corporation developed certain anti-terrorism screening technology known as the Provision™ ATD and Provision™ 2.

11. "ATR" stands for "Automatic Target Recognition" software.

12. "ATD" stands for "Automatic Target Detection" software.

13. "ATD" is L3 Harris Technologies, Inc.'s acronym for "ATR." In essence, Automatic Target Recognition means the same thing as Automatic Target Detection.

14. The Automatic Target Detection software utilized in the Provision™ ATD and Provision™ 2 is a form of Automatic Target Recognition software as defined under 49 U.S.C § 44901(l)(1)(C) and 49 CFR § 1540.107(d)(2).

15. On October 26, 2016, the Deputy Under Secretary for Science and Technology for the United States Department of Homeland Security issued a Certification and Designation to L-3 Communications Security and Detection Systems, Inc., and L3 Communications Corporation under the Support Anti-terrorism by Fostering Effective Technologies Act of 2002 (the "SAFETY Act") (6 U.S.C. § 441 *et seq.* (2018)), for the Provision™ ATD and Provision™ 2.

16. True and accurate copies of the SAFETY Act Certification and Designation for the Provision™ ATD and Provision™ 2 are attached hereto as **Group Exhibit 1.**

17. The Provision™ ATD and Provision™ 2 are the only models of millimeter wave scanners that have been sold to the Transportation Security Administration ("TSA") by L3Harris Technologies, Inc., or by any current or former subsidiaries of L3Harris Technologies, Inc., for operation by the TSA for airport passenger security screening purposes at the Phoenix-Mesa Gateway Airport and General Wayne A. Downing Peoria International Airport.

18. After selling the SAFETY Act Technology to the TSA for airport passenger security screening purposes at the Phoenix-Mesa Gateway Airport and General Wayne A. Downing Peoria International Airport, neither L3Harris Technologies, Inc., nor any of its current or former corporate subsidiaries, exercised any degree of control or authority over the Provision™ ATD or Provision™ 2.

19. On December 19, 2017, L-3 Communications Security and Detection Systems, Inc. changed its name to L3 Security & Detection Systems, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER DECLARANT SAYETH NAUGHT.

Dated: 11/16/2020

_____
George Salimbas
Director of Contracts
Leidos Security Detection & Automation, Inc.

SUBSCRIBED and SWORN to before me this 16 day of NOVEMBER, 2020.

_____
Notary Public
My Commission Expires: aug 31, 2021



U.S. Department of Homeland Security
Washington, DC 20528

October 26, 2016

## SAFETY ACT CERTIFICATION

Ms. Marie Rej
L-3 Communications Security and Detection Systems, Inc.
10 Commerce Way
Woburn, Massachusetts 01801

Re:   ProVision™ ATD and ProVision™ 2
       Application ID #: (F-26-E) C-CYBER-BFINCHSFVIEW-1-1-REN1-REN3

Dear Ms. Rej:

The Department of Homeland Security (the "Department") has completed its review and evaluation of your renewal application relating to ProVision™ ATD and ProVision™ 2, described in Exhibit A (the "Technology"), pursuant to the Support Anti-terrorism by Fostering Effective Technologies Act of 2002, 6 U.S.C. §§ 441–444, (the "SAFETY Act"), and the Regulations Implementing the Support Anti-terrorism by Fostering Effective Technologies Act of 2002, 6 C.F.R. Part 25, 71 Fed. Reg. 33147, 33159 (June 8, 2006) (the "Regulations"). Pursuant to Section 25.3 of the Regulations, the Secretary of the Department (the "Secretary") has delegated responsibilities, powers, and functions under the SAFETY Act, except the authority to determine that an act is an Act of Terrorism for purposes of Section 444(2) of the SAFETY Act, to the "Under Secretary for Science and Technology of the Department of Homeland Security or the Under Secretary's designees."

After thoroughly reviewing the analysis of the Department's Office of SAFETY Act Implementation relating to this renewal application and the Technology, I have determined that the Technology satisfies the criteria set forth in Section 442(d)(2) of the SAFETY Act and in Section 25.8(a) of the Regulations. Accordingly, I hereby issue a Certification (as defined in Section 25.2 of the Regulations) of the Technology to L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation (the "Sellers"). Pursuant to Section 442(d)(3) of the SAFETY Act and Section 25.9(i) of the Regulations, also enclosed are a Certificate of Conformance for the Technology, and I have directed that the Technology be placed on the "Approved Products List for Homeland Security."

L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation - ProVision™
ATD and ProVision™ 2
SAFETY Act Certification
Page 2 of 4

## TERMS AND CONDITIONS

- <u>Description of Technology</u>. This Certification applies only to the Technology described in Exhibit A (attached).

- <u>Seller of the Technology</u>. L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation, both Delaware corporations, are the Sellers of the Technology for purposes of the SAFETY Act, the Regulations (including Section 25.2 of the Regulations), and this Certification.

- <u>Term of Certification</u>. This Certification is effective on the date of this SAFETY Act Certification and will remain in effect for the same term as the SAFETY Act Designation for the Technology that I have issued to the Seller on the date hereof (the "Related Designation"). Accordingly, this Certification will terminate on the "Designation Termination Date" (as such term is defined in the Related Designation). The Seller may apply for renewal of this Certification in connection with an application for renewal of the Related Designation.

- <u>Earliest Date of Sale</u>. For purposes of Section 25.7(c) of the Regulations, the earliest date of sale of the Technology to which this Certification applies is July 1, 2004 (the "Earliest Date of Sale"). This Certification applies, and will apply, to all sales of the Technology by the Seller that were or are consummated at any time during the period commencing on the Earliest Date of Sale and ending on the Designation Termination Date (as defined above).

- <u>Insurance</u>. The Seller is required to adhere to the insurance requirements set forth in the Related Designation pursuant to Section 25.5 of the Regulations.

- <u>Act of Terrorism</u>. The SAFETY Act provides liability and risk management protections to Sellers of Qualified Anti-Terrorism Technologies that are or will be deployed in defense against, response to, or recovery from Acts of Terrorism as defined in the SAFETY Act. Pursuant to 6 U.S.C. § 444(2), the Secretary has the authority to determine that an event constitutes an Act of Terrorism for purposes of triggering the SAFETY Act's protections. 6 U.S.C. § 444(2) defines an Act of Terrorism as an act that meets the three statutory requirements as further defined and specified by the Secretary. Pursuant to 6 U.S.C. § 444(2), the Secretary may determine that an event meets these requirements as further defined and specified by the Secretary based on the facts and circumstances of the event.

- <u>Special Restrictions on Transfer and Assignment</u>. None

- <u>Special Restrictions on Licensing</u>. None

- <u>Other Conditions</u>. None

Except for terms expressly defined in this Certification, all terms used in this Certification shall have the meanings ascribed to them in the SAFETY Act or the Regulations. This Certification is issued under the authorities set forth in, and in accordance with, the SAFETY Act and the Regulations. The SAFETY Act and the Regulations contain other requirements that are applicable to the Seller and the Technology. In the event of any conflict between this SAFETY Act Certification and the SAFETY Act or the Regulations, the SAFETY Act or the Regulations (as the case may be) shall take precedence and shall control. This issuance of Certification under the SAFETY Act does not constitute compliance with any statutory or regulatory requirements other than those imposed by the SAFETY Act and the Regulations, and does not relieve the Seller of any obligations it might have under any other Federal, State, or local statutes or regulations.

As an added benefit for obtaining SAFETY Act Certification, the Department can grant L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation authorization to use the SAFETY Act Certified® mark. The SAFETY Act Certified® mark is only available for use by those Sellers of technologies that have obtained SAFETY Act Certification. The Department controls the use of the mark to ensure that its display by a Seller serves as an indication the displaying Seller has obtained SAFETY Act Certification from the Department for a certain identifiable technology/product/service. At this time, the Department is requiring users to sign a usage agreement to use the mark. Your usage agreement will be provided in a separate communication from the Office of SAFETY Act Implementation. Please follow the instructions for signing and obtaining the SAFETY Act Certified® mark.

Lastly, please note that it is currently against the Department's policy to allow the official Department of Homeland Security seal to be used in a manner that implies endorsement of any commercial product, service, or policy of a commercial entity. Although L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation have obtained SAFETY Act Certification for a specific anti-terrorism technology, the Department cannot endorse L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation's Technology over another. Therefore, the Department does not grant authorization to use the official Department of Homeland Security seal in conjunction with designations or certifications. However, the use and display of the SAFETY Act Certified® mark is an additional benefit bestowed upon the Sellers that have obtained SAFETY Act Certification.

L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation - ProVision™ ATD and ProVision™ 2
SAFETY Act Certification
Page 4 of 4

Any questions regarding this Certification should be directed to the SAFETY Act Help Desk by e-mail at SAFETYActHelpDesk@dhs.gov or by phone at 1-866-788-9318. Please reference application number (F-26-E) C-CYBER-BFINCHSFVIEW-1-1-REN1-REN3 in all correspondence.

Best Regards,

Dr. Robert P. Griffin
Deputy Under Secretary for Science and Technology

Attachments:

1. L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation, Exhibit A

2. Certificates of Conformance

## EXHIBIT A

### F-26-E

### L-3 COMMUNICATIONS SECURITY AND DETECTION SYSTEMS, INC., AND L-3 COMMUNICATIONS CORPORATION
### C-CYBER-BFINCHSFVIEW-1-1-REN1-REN3 – PROVISION™ ATD AND PROVISION™ 2

L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation, both Delaware corporations, provide the ProVision™ ATD and ProVision™ 2 (the "Technology"). The Technology is a security portal that uses millimeter-wave scanning technology to produce three-dimensional images of subjects to detect threat objects, if present, on scanned subjects. The Technology can show both metallic and non-metallic objects (e.g., weapons and explosives), including those made of plastic, ceramic, or wood, hidden in or under the subject's clothing or that otherwise may be concealed. Image analysis software that presents a generic mannequin image of a subject for end-user interpretation is used to assist in the scanning. Also included in the Technology are the following support services: training, installation, maintenance services, manuals, and technical documents.

The Technology uses Automated Target Detection ("ATD") software, a software solution that analyzes scanned data and highlights threats and anomalies on a generic mannequin that resembles a human outline for end-user interpretation.

SAFETY Act protections only apply to models of the Technology that use the ATD software and those models that have passed field testing by the U.S. Transportation Security Administration.



# Certificate of Conformance

*This will certify that, on this date,*

the United States Department of Homeland Security granted to

## L3 Communications Security and Detection Systems, Inc.

*A Delaware corporation,*

a **Certification** for its

**ProVision™ ATD and ProVision™ 2**

as an '***Approved Product for Homeland Security***' under the Support Anti-terrorism by Fostering Effective Technologies Act of 2002 (the SAFETY Act).

_____
**Dr. Robert P. Griffin**
*Deputy Under Secretary for Science and Technology*

10/26/16
**Date**

# Certificate of Conformance

This will certify that, on this date, the United States Department of Homeland Security granted to

**L3 Communications Corporation**

A Delaware corporation,

a **Certification** for its

**ProVision™ ATD and ProVision™ 2**

as an '**Approved Product for Homeland Security**' under the Support Anti-terrorism by Fostering Effective Technologies Act of 2002 (the SAFETY Act).



_____
**Dr. Robert P. Griffin**
Deputy Under Secretary for Science and Technology

10/26/16
**Date**



October 26, 2016

## CERTIFICATE OF SAFETY ACT DESIGNATION

Ms. Marie Rej
L-3 Communications Security and Detection Systems, Inc.
10 Commerce Way
Woburn, Massachusetts 01801

Re:   ProVision™ ATD and ProVision™ 2
      Application ID #: (F-26-E) C-CYBER-BFINCHSFVIEW-1-1-REN1-REN3

Dear Ms. Rej:

The Department of Homeland Security (the "Department") has completed its review and evaluation of your renewal application relating to ProVision™ ATD and ProVision™ 2, described in Exhibit A (the "Technology"), pursuant to the Support Anti-terrorism by Fostering Effective Technologies Act of 2002, 6 U.S.C. §§ 441–444 (the "SAFETY Act"), and the Regulations Implementing the Support Anti-terrorism by Fostering Effective Technologies Act of 2002, 6 C.F.R. Part 25, 71 Fed. Reg. 33147, 33159 (June 8, 2006) (the "Regulations"). Pursuant to Section 25.3 of the Regulations, the Secretary of the Department (the "Secretary") has delegated responsibilities, powers, and functions under the SAFETY Act, except the authority to determine that an act is an Act of Terrorism for purposes of Section 444(2) of the SAFETY Act, to the "Under Secretary for Science and Technology of the Department of Homeland Security or the Under Secretary's designees."

After thoroughly reviewing the analysis of the Department's Office of SAFETY Act Implementation regarding this renewal application and the Technology, I have determined that the Technology satisfies the criteria set forth in Section 441(b) of the SAFETY Act and in Section 25.4(b) of the Regulations. Accordingly, I hereby issue a Designation (as defined in Section 25.2 of the Regulations) for the Technology to L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation (the "Sellers").

### TERMS AND CONDITIONS

- Description of Technology. This Designation applies only to the Technology described in Exhibit A (attached).

L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation – ProVision™
ATD and ProVision™ 2
Certificate of SAFETY Act Designation
Page 2 of 5

- <u>Seller of the Technology</u>. L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation, both Delaware corporations, are the Sellers of the Technology for purposes of the SAFETY Act, the Regulations (including Section 25.2 of the Regulations), and this Designation.

- <u>Term of Designation</u>. This Designation is effective on the date of this Certificate of Designation (the "Designation Issuance Date") and will terminate on November 30, 2021, unless it is terminated earlier in accordance with the Regulations (in which event the earlier date of termination shall be deemed to be the "Designation Termination Date"). The Seller may apply for renewal of this Designation at any time beginning on November 30, 2019.

- <u>Earliest Date of Sale</u>. For purposes of Section 25.7(c) of the Regulations, the earliest date of sale of the Technology to which this Designation applies is July 1, 2004 (the "Earliest Date of Sale"). This Designation applies, and will apply, to all sales of the Technology by the Seller that were or are consummated at any time during the period commencing on the Earliest Date of Sale and ending on the Designation Termination Date.

- <u>Insurance</u>.
  - <u>Liability Insurance Required</u>: Pursuant to Section 443(a) of the SAFETY Act and Sections 25.5(a) and (g) of the Regulations, the Seller shall obtain or maintain the following liability insurance for otherwise compensable third-party claims arising out of, relating to, or resulting from an Act of Terrorism when the Technology has been deployed in defense against, response to, or recovery from such an act:
    - The Seller shall obtain and maintain, on an annual basis, third-party liability coverage for Acts of Terrorism with a per-occurrence level of no less than $60,000,000.
    - For claims not covered by policies the Seller obtained and maintained due to exclusions, the Seller will have no liability or a liability less than $60,000,000.
  - <u>Policy Erosion</u>: The Seller shall report to the Office of SAFETY Act Implementation any material change to the Seller's required liability insurance policies, including any event which may reduce the liability insurance amounts that would be available to satisfy third-party claims in the event of an Act of Terrorism. Material reductions in the Seller's current policies due to other claims, defense costs, and other factors shall also be reported.
  - <u>Insurance Certification</u>: Pursuant to Section 25.5(h) of the Regulations, within 30 days after the Designation Issuance Date, the Seller must certify in writing to the Under Secretary that the Seller has obtained and will maintain the

1:20-cv-01280-JBM-JEH   # 43-1   Filed: 12/17/20   Page 13 of 17

L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation – ProVision™ ATD and ProVision™ 2
Certificate of SAFETY Act Designation
Page 3 of 5

liability insurance this Designation requires. In accordance with the Department's interpretation of the SAFETY Act and the Regulations, I have determined that during the term of this Designation none of the entities specified in Sections 443(a)(3)(A) and (B) of the SAFETY Act and the corresponding provisions in the Regulations (Section 25.5(c)) has or will have any "potential liability for involvement in the manufacture, qualification, sale, use, or operation of Qualified Anti-Terrorism Technologies deployed in defense against, response to, or recovery from an Act of Terrorism" (within the meaning of Section 443(a)(3) of the SAFETY Act and Section 25.5(c) of the Regulations), and therefore it is not mandatory that the liability insurance required above protect such entities.

- Term of Insurance: Pursuant to Section 25.5(g) of the Regulations, the liability insurance this Designation requires will be in effect for one year from the Designation Issuance Date. The Under Secretary or the Under Secretary's designee may review and revise the liability insurance required in accordance with Section 25.5(b), including an updated evaluation of risk, Technology effectiveness, and insurance availability cost data. If the Under Secretary or the Under Secretary's designee reviews and revises the required amount of liability insurance, the Seller shall have a continuing obligation, pursuant to Section 25.5(h) to certify to the Under Secretary in writing that the Seller has obtained the revised required insurance. If the Under Secretary or the Under Secretary's designee does not review and revise the liability insurance this Designation requires, the current liability insurance required will extend for one year on the anniversary of the Designation Issuance Date. Further information and procedures may be obtained by contacting the Office of SAFETY Act Implementation.

- Act of Terrorism. The SAFETY Act provides liability and risk management protections to Sellers of Qualified Anti-Terrorism Technologies that are or will be deployed in defense against, response to, or recovery from Acts of Terrorism as defined in the SAFETY Act. Pursuant to 6 U.S.C. § 444(2), the Secretary has the authority to determine that an event constitutes an Act of Terrorism for purposes of triggering the SAFETY Act's protections. 6 U.S.C. § 444(2) defines an Act of Terrorism as an act that meets the three statutory requirements as further defined and specified by the Secretary. Pursuant to 6 U.S.C. § 444(2), the Secretary may determine that an event meets these requirements as further defined and specified by the Secretary based on the facts and circumstances of the event.

- Special Restrictions on Transfer and Assignment. None
- Special Restrictions on Licensing. None
- Other Conditions. None

L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation – ProVision™
ATD and ProVision™ 2
Certificate of SAFETY Act Designation
Page 4 of 5

Except for terms expressly defined in this Designation, all terms used in this Designation shall have the meanings ascribed to them in the SAFETY Act or the Regulations. This Designation is issued under the authorities set forth in, and in accordance with, the SAFETY Act and the Regulations. The SAFETY Act and the Regulations contain other requirements that are applicable to the Seller and the Technology. In the event of any conflict between this Designation and the SAFETY Act or the Regulations, the SAFETY Act or the Regulations (as the case may be) shall take precedence and shall control. This issuance of Designation under the SAFETY Act does not constitute compliance with any statutory or regulatory requirements other than those imposed by the SAFETY Act and the Regulations, and does not relieve the Seller of any obligations it might have under any other Federal, State, or local statutes or regulations.

As an added benefit for obtaining SAFETY Act Designation, the Department can grant L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation authorization to use the SAFETY Act Designated® mark. The SAFETY Act Designated® mark is only available for use by those Sellers of technologies that have obtained SAFETY Act Designation. The Department controls the use of the mark to ensure that its display by a Seller serves as an indication the displaying Seller has obtained SAFETY Act Designation from the Department for a certain identifiable technology/product/service. At this time, the Department is requiring users to sign a usage agreement to use the mark. Your usage agreement will be provided in a separate communication from the Office of SAFETY Act Implementation. Please follow the instructions for signing and obtaining the SAFETY Act Designated® mark.

Lastly, please note that it is currently against the Department's policy to allow the official Department of Homeland Security seal to be used in a manner that implies endorsement of any commercial product, service, or policy of a commercial entity. Although L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation have obtained SAFETY Act Designation for a specific anti-terrorism technology, the Department cannot endorse L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation's Technology over another. Therefore, the Department does not grant authorization to use the official Department of Homeland Security seal in conjunction with designations or certifications. However, the use and display of the SAFETY Act Designated® mark is an additional benefit bestowed upon the Sellers that have obtained SAFETY Act Designation.

L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation – ProVision™
ATD and ProVision™ 2
Certificate of SAFETY Act Designation
Page 5 of 5

Any questions regarding this Designation should be directed to the SAFETY Act Help Desk by e-mail at SAFETYActHelpDesk@dhs.gov or by phone at 1-866-788-9318. Please reference application number (F-26-E) C-CYBER-BFINCHSFVIEW-1-1-REN1-REN3 in all correspondence.

Best Regards,

Dr. Robert P. Griffin
Deputy Under Secretary for Science and Technology

Attachment:
1. L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation, Exhibit A

L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation – ProVision™ ATD and ProVision™ 2
Certificate of SAFETY Act Designation
Page 5 of 5

Any questions regarding this Designation should be directed to the SAFETY Act Help Desk by e-mail at SAFETYActHelpDesk@dhs.gov or by phone at 1-866-788-9318. Please reference application number (F-26-E) C-CYBER-BFINCHSFVIEW-1-1-REN1-REN3 in all correspondence.

Best Regards,

Dr. Robert P. Griffin
Deputy Under Secretary for Science and Technology

Attachment:
1. L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation, Exhibit A

## Exhibit A

## F-26-E

## L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation
## C-CYBER-BFINCHSFVIEW-1-1-REN1-REN3 – ProVision™ ATD and ProVision™ 2

L-3 Communications Security and Detection Systems, Inc., and L-3 Communications Corporation, both Delaware corporations, provide the ProVision™ ATD and ProVision™ 2 (the "Technology"). The Technology is a security portal that uses millimeter-wave scanning technology to produce three-dimensional images of subjects to detect threat objects, if present, on scanned subjects. The Technology can show both metallic and non-metallic objects (e.g., weapons and explosives), including those made of plastic, ceramic, or wood, hidden in or under the subject's clothing or that otherwise may be concealed. Image analysis software that presents a generic mannequin image of a subject for end-user interpretation is used to assist in the scanning. Also included in the Technology are the following support services: training, installation, maintenance services, manuals, and technical documents.

The Technology uses Automated Target Detection ("ATD") software, a software solution that analyzes scanned data and highlights threats and anomalies on a generic mannequin that resembles a human outline for end-user interpretation.

SAFETY Act protections only apply to models of the Technology that use the ATD software and those models that have passed field testing by the U.S. Transportation Security Administration.