Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| MICHAEL GIBSON MUIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 20-cv-1280 |
| | ) | |
| UNITED STATES TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, *in his individual capacity*; L3HARRIS TECHNOLOGIES, INC.; ALLEGIANT AIR, LLC; CHAD F. WOLF, *in his official capacity as United States Department of Homeland Security*; | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants and against the Plaintiff. All relief requested by the Plaintiff is denied.

**Dated:**                                                                 s/ Shig Yasunaga

                                                                                   Shig Yasunaga
                                                                                   Clerk, U.S. District Court

ewl/JBM        1/25/2021