# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| MICHAEL GIBSON MUIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-01280 |
| | ) |
| UNITED STATES TRANSPORTATION SECURITY ADMINISTRATION; DAVID P. PEKOSKE, Administrator, United States Transportation Security Administration, in his individual capacity; L3HARRIS TECHNOLOGIES, INC., a Delaware for-profit corporation; ALLEGIANT AIR, LLC, a Nevada company; CHAD F. WOLF, Secretary, United States Department of Homeland Security, in his official capacity, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEAL

I, Michael Gibson Muir, plaintiff, do hereby appeal the decision of this Court entered on January 25, 2021.

DATED: this 19th day of February, 2021

                                                                 Respectfully submitted,

                                                       _____s/Michael Gibson Muir_____
                                                               MICHAEL GIBSON MUIR

MICHAEL GIBSON MUIR
19 Inglewood Lane
Bloomington, IL 61704
(712) 309-6121