# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| MICHAEL GIBSON MUIR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-01280 |
| | ) |
| UNITED STATES TRANSPORTATION | ) |
| SECURITY ADMINISTRATION; DAVID P. | ) |
| PEKOSKE, Administrator, United States | ) |
| Transportation Security Administration, in his | ) |
| individual capacity; L3HARRIS | ) |
| TECHNOLOGIES, INC., a Delaware for-profit | ) |
| corporation; ALLEGIANT AIR, LLC, a Nevada | ) |
| company; CHAD F. WOLF, Secretary, United | ) |
| States Department of Homeland Security, in his | ) |
| official capacity, | ) |
| | ) |
| Defendants. | ) |

## **PLAINTIFF'S AMENDED FED. R. APP. P. 24 MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

Pursuant to this Court's March 11, 2021 order (Doc. 54) and Fed. R. App. P. 24(a)(1), plaintiff Michael Gibson Muir ("Muir") makes this amendment to respectfully withdraw his motion for permission to appeal in forma pauperis due to the signing of the American Rescue Plan Act of 2021. In order to satisfy the Court (Doc. 54), Muir submits the attached affidavit.

As a result of H.R. 1319 becoming law on March 11, 2021, Muir is no longer eligible to move this Court for permission to appeal in forma pauperis since Muir received a direct deposit from the IRS Treasury on March 17, 2021 that will exceed the cost of both his appeal in the above-captioned action and his related § 46110 Petition for Review of a Final TSA Order.

1

2

Therefore, based on this national development, Muir respectfully withdraws his March 5, 2021 motion for permission to appeal in forma pauperis (Doc. 53) and hereby affirms that he will now be able to pay the costs in full.

DATED: this 19th day of March, 2021

Respectfully submitted,

_____s/Michael Gibson Muir_____
MICHAEL GIBSON MUIR

MICHAEL GIBSON MUIR
19 Inglewood Lane
Bloomington, IL 61704
(712) 309-6121