**AFFIDAVIT**

Although Muir's March 5, 2021 motion for permission to appeal in forma pauperis is now moot, in order to satisfy the Court's directive with regards to questions posed in Doc. 54, Muir hereby affirms:

1) He is in possession of and able to produce the following, should the Court request: Traci Muir's "Maricopa Community Colleges Unofficial Credit Transcript"; "Grades as of Spring 2021" (GPA 3.8); and "Account Activity". Muir believes these documents will fully answer any questions the Court may have regarding his wife's student loan income as declared on his affidavit, as well as verify the accuracy of Muir's original declarations. 2) He and his wife Traci share everything, including income and assets. 3) The "Rent payment" amount listed in his affidavit is not for an apartment (see Doc. 54, Pg. 4), but for the average cost of short-term rental agreements covering periods when tent camping or other housing arrangements are not available or possible, including for reasons related to the ongoing global pandemic. 4) The "Utilities" amount listed in his affidavit includes costs for propane, filtered water, firewood, battery power, fees for access to electricity and internet, and fees for access to other utilities not included in short-term rental agreements or while dispersed camping. 5) His National Park Pass expired in September 2017, and being unable to afford a renewal, his time spent on national land is in national forests administered by the USDA and on federal land managed by the BLM, rather than in national parks (see Doc. 54, Pg. 4).

DATED: this 19th day of March, 2021

Respectfully submitted,

_____s/Michael Gibson Muir_____
MICHAEL GIBSON MUIR