# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEFING ORDER

March 19, 2021

| No. 21-1312 | MICHAEL G. MUIR, Plaintiff - Appellant<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-01280-JBM-JEH<br>Central District of Illinois<br>District Judge Joe Billy McDade ||

This court has received notice from the district court that the appellant paid the required docketing fee.

Briefing will now proceed as follows:

1. The Appellant's brief of Michael G. Muir will be due by April 19, 2021 for 21-1312.

2. The Appellee's brief of Allegiant Air, LLC, L3Harris Technologies, Inc., David P. Pekoske, Transportation Security Administration, and Chad F. Wolf will be due by May 18, 2021 for 21-1312.

3. The Appellant's reply brief of Michael G. Muir, if any, will be due by June 8, 2021 for 21-1312.

NOTE:

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability. The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir.R. 34(e).

form name: **c7_DC_paymnt_br_order**(form ID: **191**)